# EXHIBIT F

# PROJECTIONS FOR PLAN TERM

**MSI Corporation**

| Cash Flow Projections for Plan Term | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---:|---:|---:|---:|---:|
| *Beginning Cash* | 53,010 | 209,805 | 405,364 | 385,577 | 1,914,510 |
| **SOURCES OF CASH** | | | | | |
| Service Income Estimated | 7,525,000 | 8,277,500 | 9,105,250 | 10,015,775 | 11,017,352 |
| **TOTAL CASH INFLOWS** | 7,525,000 | 8,277,500 | 9,105,250 | 10,015,775 | 11,017,352 |
| **OUTFLOWS:** | | | | | |
| Payroll | 3,029,000 | 3,240,780 | 3,529,791 | 3,691,794 | 3,821,007 |
| Utilities | 673,800 | 697,392 | 721,801 | 747,064 | 773,211 |
| Production Supplies | 1,440,000 | 1,490,400 | 1,542,564 | 1,596,554 | 1,652,433 |
| Repairs, Maintenance and Safety Compliance | 223,200 | 231,012 | 239,097 | 247,466 | 256,127 |
| Equipment Rental | 57,600 | 59,616 | 61,703 | 63,862 | 66,097 |
| Freight | 2,400 | 2,484 | 2,571 | 2,661 | 2,754 |
| Insurance and Related Reimbursements | 691,992 | 716,202 | 741,269 | 767,213 | 794,066 |
| Amada | 30,000 | 30,000 | 15,000 | - | - |
| Unsecured Claim Payments | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 |
| FCB Debt Service | 351,097 | 1,090,000 | 1,740,000 | 424,844 | - |
| Tax Provision | - | - | - | 405,000 | 1,125,000 |
| Capital Equipment Expenditures | 100,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| Office Expense | 21,600 | 22,356 | 23,138 | 23,948 | 24,786 |
| Professional Services | 432,000 | 31,050 | 32,137 | 33,262 | 34,426 |
| IT Services | 12,000 | 12,420 | 12,855 | 13,305 | 13,770 |
| Small Tool Exp | 3,000 | 3,105 | 3,214 | 3,326 | 3,443 |
| Trck, Auto, Frklft, EZ Pass, Fees, Gas, Diesel | 60,960 | 63,090 | 65,298 | 67,584 | 69,949 |
| Payroll Expenses | 13,200 | 13,662 | 14,140 | 14,635 | 15,147 |
| Uniforms/Carpets/etc | 57,600 | 59,616 | 61,703 | 63,862 | 66,097 |
| Wells Fargo Funding (Saw) | 48,756 | 48,756 | 48,756 | 50,462 | - |
| **TOTAL CASH OUTFLOWS** | 7,368,205 | 8,081,941 | 9,125,037 | 8,486,842 | 8,988,314 |
| **NET CASH INFLOWS / (OUTFLOWS)** | 100,304 | 195,559 | (19,787) | 1,528,933 | 2,029,038 |
| *Ending Cash* | 209,805 | 405,364 | 385,577 | 1,914,510 | 3,943,549 |

*Internally Prepared - not audited, reviewed or compiled.*